THE STATE, use of ROBINSON, *vs.* BENJ. BURTON and seven others.

The sheriff is entitled to a levying fee against each of several defendants in an execution.

He is not entitled to an advertising fee, though the advertisement be omitted at the defendant's request.

ALIAS fi. fa., debt. Real debt $928 39; interest from the 19th of October, 1846. Returned " Levied on goods as per inventory and appraisement, and settled to sheriff."

Costs:—Levying on eight defendants $32; appraisers $4; advertising $4 80; dollarage 974 58—$29 23; total $70 03.

The defendants filed an affidavit that the execution had been settled within thirty days after the levy and notice, and obtained a rule for taxing the costs; objecting to the separate levying charges, the advertising fee (as there had been no advertisement,) and the charge of dollarage.

*The Court* said that prior to the act of 1826, it had been decided that where the sheriff omitted a levy, or stayed an advertisement, at the request of the defendant, as it was for his benefit, he should not be allowed to object to the sheriff's fee for the service which he had thus prevented. But the act of 1826 prohibits the allowance of a fee for any service before it is performed; and as there had not been in fact any advertisement, the court disallowed that charge. They allowed the several levying fee, and the dollarage, it appearing that the thirty days had expired before actual payment.